CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, NV 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiff Moshe Banner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOSHE BANNER,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada and the County of Clark; NAPHCARE, medical care provider for the Clark County Detention Center; LT. GRAHAM, in his individual capacity; DEFENDANT C.DUNN P# 8253 in his individual capacity; DOE LICENSED PRACTICAL NURSE; RAY MONTENGRO, NP, individually; KATRINA SIMEON, RN, individually; DOE DEFENDANTS I-X, individuals or officers employed at CCDC; and ROE ENTITIES I-X, inclusive;<br><br>Defendants. | Case No. 2:16-cv-1717-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S AMENDED COMPLAINT DEADLINE**<br>**(Second Request)** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Amended Complaint, currently due June 5, 2017, be extended an additional seven (7) days up to and including Monday, June 12, 2017.

The reason for this request is that Plaintiff's counsel has numerous conflicting deadlines, specifically preparation for a Settlement Hearing in *Romero, et al. V. Nevada Department of Corrections, et al.* Case Number A-07-546038-C set for Monday, June 5, 2017 as well as

preparing for the trial in the same matter set to begin on June 12, 2017.  Additionally, Plaintiff's counsel had two (2) Ninth Circuit Appellate Briefs due on April 27, 2017, counsel is traveling Monday, June 5, 2017, to Pasadena, California for an Oral Argument at the Ninth Circuit on Tuesday, June 6, 2017 in *Hiser v. NDOC*; Case Number 15-17450, and numerous substantive motions and responses; as well as other general appearances and deadlines.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Amended Complaint deadline be extended an additional seven (7) days up to and including Monday, June 12, 2017.

APPROVED AS TO FORM AND CONTENT.

DATED this 5th day of June, 2017.

POTTER LAW OFFICES

By /s/ Cal J. Potter, IV Esq.
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
Attorneys for Plaintiff

DATED this 5th day of June, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Robert W. Freeman, Esq.
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 3062
NOEL E. EIDSMORE, ESQ.
Nevada Bar No. 7688
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for LVMPD Defendants*

DATED this 5th day of June, 2017.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By /s/ Edward Silverman, Esq.
LEANN SANDERS, ESQ.
Nevada Bar No. 390
EDWARD SILVERMAN, ESQ.
Nevada Bar No.13584
7401 West Charleston Boulevard
Las Vegas, Nevada 89117
Attorneys for NaphCare Defendants

ORDER

IT IS SO ORDERED.

June 6, 2017.
DATED

RICHARD F. BOULWARE, II
United States District Judge